# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2831
_____

MICHAEL WAYNE HILL,

Petitioner,

v.

DR. VENKATA SOMPALLI,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 2, 2024


PER CURIAM.

DENIED.

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael Wayne Hill, pro se, Petitioner.

Charles Wiggins of Beggs & Lane, Pensacola, for Respondent.